```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
          NASHVILLE DIVISION
```

MARK DOOLEN, JR.              ]
    Plaintiff,                ]
                              ]
v.                            ]      No. 3:13-0905
                              ]      Judge Trauger
SHERIFF JEFF BLEDSOE, et al.  ]
    Defendants.               ]


O R D E R

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1) under 42 U.S.C. § 1983, and an application to proceed in forma pauperis (Docket Entry No.2).

Unfortunately, the plaintiff has neglected to sign the application to proceed in forma pauperis. As a consequence, the Court can not yet rule upon the merits of the application. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the signature is corrected promptly).

Accordingly, the Clerk is directed to return the plaintiff's unsigned application to him. The plaintiff is granted fourteen (14) days from the date of entry of this order on the docket in which to sign the application and resubmit it to the Clerk's Office.

The plaintiff is forewarned that, should he fail to comply with the instructions of the Court in a timely manner, the Court will presume that he is not a pauper, his application will be

denied, he will be assessed the filing fee, and this action will be dismissed for want of prosecution.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge