IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DOOLEN, JR. ) | |
| ) | |
| v. ) | NO. 3:13-0905 |
| ) | |
| SHERIFF JEFF BLEDSOE, et al. ) | |

**O R D E R**

By Order entered October 11, 2013 (Docket Entry No. 8), the pro se plaintiff in this prisoner civil rights action was granted in forma pauperis status under 28 U.S.C. § 1915 and process was ordered to issue to Dickson County Sheriff's Deputy C. Jones on the plaintiff's claims. The docket in the action indicates that the service of process attempted on C. Jones at the Dickson County Sheriff's Office was returned unexecuted on October 25, 2013, with the notation that Jones was no longer employed with the Dickson County Sheriff's Office. See Docket Entry No. 12.

The plaintiff is advised that process cannot be resent to the defendant unless the plaintiff provides a different address for service of process. Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant be served within 120 days of the October 11, 2013, Order, or the action may be subject to dismissal.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge